# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132073
132074
132075

GARY L. BUSH, SR., as Guardian
of Gary E. Bush, a Protected Person,
          Plaintiff-Appellee,

v

BEHROOZ-BRUCE SHABAHANG,
M.D.,
          Defendant-Appellant,

and

JOHN CHARLES HEISER, M.D.,
WEST MICHIGAN CARDIOVASCULAR
SURGEONS, GEORGE T. SUGIYAMA,
M.D., MASHRAF MANSOUR, M.D.,
VASCULAR ASSOCIATES, P.C., and
SPECTRUM HEALTH BUTTERWORTH
CAMPUS,
          Defendants-Appellees.

SC: 132073, 132074, 132075
COA: 270433, 270437, 270897
Kent CC: 06-000982-NM

_____/

          On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk